# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aman Mayar Qalandari, | No. CV-25-04658-PHX-SHD (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher Howard, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention has exceeded the removal period and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 1.) The Court directed Respondents to respond to the Petition (Doc. 5.)  Respondents' response stated:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim.

**IT IS THEREFORE** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his *Zadvydas* claim.  The Petition is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 9th day of January, 2026.

_____
Honorable Sharad H. Desai
United States District Judge